STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. HERMAN HEDINGER, PLAINTIFF IN ERROR.

Argued October 21, 1941—Decided January 9, 1942.

For the defendant in error, *William A. Wachenfeld.*

For the plaintiff in error, *Edward R. McGlynn.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ.   13.

*For reversal*—None.